THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANGEL GABRIEL GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLINAS MEDICAL CENTER, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C17-0158-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on Plaintiff's request to have the U.S. marshals serve summons on Defendants Carolinas Medical Center and Medical Data Systems (Dkt. No. 6). Plaintiff was granted leave to proceed in forma pauperis. (Dkt. No. 3.) Therefore, pursuant to Federal Rule of Civil Procedure 4(c)(3), the Court GRANTS the motion and ORDERS:

1. The Clerk to provide five copies of the complaint (Dkt. No. 4) and a copy of the summonses (Dkt. No. 6 at 2, 4), to the United States marshal or deputy marshal within 5 days of the date of this order; and

2. The United States marshal or deputy marshal to serve Defendants with a copy of the applicable summons and the complaint within 30 days of the date of this order.

//

1       DATED this 24th day of February 2017.

2                                                William M. McCool
                                                 Clerk of Court
3

4                                                s/Paula McNabb
                                                 Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26