THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANGEL GABRIEL GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLINAS MEDICAL CENTER, *et al.*<br><br>　　　　　Defendants. | CASE NO. C17-0158-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court *sua sponte*. The Court previously directed the U.S. Marshals to serve summons on Defendants. (Dkt. No. 7.) However, Plaintiff provided a P.O. Box address for Defendant Carolinas Medical Center. (Dkt. No. 6 at 2.) The U.S. Marshals cannot serve a summons to a P.O. Box. Therefore, the Court ORDERS Plaintiff to provide a different address, which is not a P.O. Box, for Defendant Carolinas Medical Center within 14 days of this order.

　　　DATED this 6th day of March 2017.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER C17-0158-JCC
PAGE - 1