THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANGEL GABRIEL GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINAS MEDICAL CENTER, *et al.*,<br><br>Defendants. | CASE NO. C17-0158-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff filed a motion to dismiss the motion to dismiss the case (Dkt. No. 25). After reviewing the filing, the Court construes it as an opposition to Defendants' pending motions to dismiss (Dkt. Nos. 20, 22). Defendants' reply to the opposition is due on August 4, 2017, in accordance with Local Civil Rule 7(d). The Court directs the Clerk to TERMINATE the motion to dismiss the motion to dismiss (Dkt. No. 25).

DATED this 21st day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk